[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.] CLAIMS FOR RELIEF
1. Joint custody of minor children.
2. Parenting time as follows:
 Monday — Wednesday Wife Thursday Evenings (after school until 9:00 p.m.) Husband Remainder of Thursday Wife Friday Husband Saturday and Sunday Alternate Weekends All Legal Holidays Whoever has children previous day Thanksgiving Day Alternate (1997 — Husband 1998 — Wife) Christmas Eve — Christmas (11:00 a.m.) Husband Christmas Day (from 11:00 a.m.) Wife Christmas Week Alternate (1997 — Wife 1998 — Husband) February school vacation Husband April school vacation Wife Easter Alternate (if falls outside April school vacation) Father's Day Husband Mother's Day Wife
CT Page 9691
 Children's Birthdays Both parents have access Father's Birthday Husband has access Mother's Birthday Wife has access Summer Schedule: As above, except each party has one continuous week with children. Selection by April 1st each year. Makeup Time: Parenting time missed due to business travel or illness to be made up as soon as possible. Additional or Substitute Time: As agreed.